MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com
trichards@blgwins.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH NORTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PETER LIK USA, INC. a Nevada Corporation.,<br><br>Defendant. | Case No.: 2:16-cv-01336-APG-NJK<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff DEBORAH NORTON ("Plaintiff") and Defendant PETER LIK USA, INC. ("Defendant") hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

- 1 -

Each party shall bear its own costs and attorney's fees.

DATED the 11th day of October 2016

DATED the 11th day of October 2016

**THE BOURASSA LAW GROUP**

**LITTLER MENDELSON, P.C.**

/s/ Mark J. Bourassa, Esq.
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas NV 89117
Telephone: 702-851-2180
Facsimile:  702-851-2189
*Attorneys for Plaintiff*

/s/ Amy L. Baker, Esq.
PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
AMY L. BAKER, ESQ.
Nevada Bar No. 11907
3960 Howard Hughes Pkwy, Ste 300
Las Vegas NV 89169
Telephone: 702-862-8800
Facsimile:  702-862-8811
*Attorneys for Defendant*

**IT IS SO ORDERED**

_____

UNITED STATES DISTRICT JUDGE

DATED: _ October 12, 2016 _____

Case No.:  2:16-cv-01336-APG-NJK